**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DALIA SPINA, an individual ) | |
| ) | No. CV2005-0712 PHX SMM |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| MARICOPA COUNTY DEPARTMENT OF ) | |
| TRANSPORTATION, a political subdivision ) | |
| of Maricopa County; Roger Ball, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is a stipulation by the parties to permit Defendants two additional weeks, up to October 3, 2006, within which to respond to Plaintiff's First Request for Production of Documents, and an additional week to produce those materials. (Dkt. 42.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation. (Dkt. 42.) Defendants shall have to October 3, 2006 to respond to Plaintiff's First Request for Production of Documents and an additional week to produce those materials.

DATED this 14th day of September, 2006.

Stephen M. McNamee
United States District Judge