**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Dalia Spina, an individual,        ) | |
|                  ) | |
|        Plaintiff,  ) | No. 05-CIV-0712-PHX-SMM |
|                  ) | |
| vs.                  ) | |
|                  ) | **ORDER GRANTING** |
| Maricopa County Department of   ) | **EXTENSION OF DISCOVERY** |
| Transportation, a political subdivision of  ) | **PERIOD AND DEADLINE TO** |
| Maricopa County ; Roger Ball, an   ) | **FILE DISPOSITIVE MOTIONS** |
| individual ;             ) | |
|                  ) | |
|        Defendants.  ) | |
|                  ) | |

Pending before the Court is the parties' Joint Motion to Extend Discovery Period and Dispositive Motion Deadline in this action. (Dkt. 54.) For good cause shown,

IT IS HEREBY ORDERED GRANTING the parties' Joint Motion to Extend Discovery Period and Dispositive Motion Deadline in this action. (Dkt. 54.)

IT IS FURTHER ORDERED that the deadline to complete discovery shall be extended from December 8, 2006 to February 6, 2007.

IT IS FURTHER ORDERED that the deadline to file dispositive motions shall be extended from January 26, 2007 to March 27, 2007.

Dated this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge