1   **WO**

2

3

4                   IN THE UNITED STATES DISTRICT COURT

5                      FOR THE DISTRICT OF ARIZONA

6
     DALIA SPINA, an individual              )
7                                            )    No. CV2005-0712 PHX SMM
                          Plaintiff,         )
8                                            )    **ORDER**
9    vs.                                     )
                                             )
10   MARICOPA COUNTY DEPARTMENT OF )
     TRANSPORTATION, a political subdivision )
11   of  Maricopa  County;  Roger  Ball,  an )
     individual,                             )
12                                           )
13                        Defendants.        )
     _____ )

14

15

16          At the request of Plaintiff, Dalia Spina, the Court will hold a telephonic hearing

17   concerning Defendants alleged failure to properly respond to Plaintiff's Request for

18   Production of Documents, on Friday, December 8, 2006, at 4:00 p.m.

19          Accordingly,

20          **IT IS HEREBY ORDERED** that a telephonic hearing concerning the parties'

     discovery dispute shall be held on Friday, December 8, 2006.        Counsel for Plaintiff
21
     and Defendants shall call the Court at 602-322-7555, at 3:55 p.m.
22
            DATED this 4th day of December, 2006.
23

24

25                                  _____
                                         Stephen M. McNamee
26                                    United States District Judge