**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| DALIA SPINA, an individual | ) | No. CV2005-0712 PHX SMM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MARICOPA COUNTY DEPARTMENT OF | ) | |
| TRANSPORTATION, a political subdivision | ) | |
| of Maricopa County; Roger Ball, an | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The Court previously scheduled a telephonic discovery hearing in this matter. Counsel for Plaintiff has informed the Court that counsel for Defendants will supplement their response to Plaintiff's Request for Production of Documents.  As a result, this matter is no longer ripe.

    Accordingly,

    **IT IS HEREBY ORDERED VACATING** the telephonic discovery hearing scheduled for Friday, December 8, 2006 at 4:00 p.m.

    DATED this 7th day of December, 2006.

Stephen M. McNamee
United States District Judge