WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dalia Spina,<br><br>                            Plaintiff,<br><br>v.<br><br>Maricopa County Department of Transportation, et al.,<br><br>                            Defendants. | NO. CIV-05-0712-PHX-SMM<br><br>**ORDER** |

On January 3, 2007, the Court held a telephonic discovery hearing regarding the alleged failure of Plaintiff to answer interrogatories related to the specifics of her claims (the "Interrogatories Issue"). Defense counsel claimed that interrogatories were propounded to Plaintiff because, at her deposition, she failed to provide specific information related to each of her claims. Plaintiff's counsel argued that responding to the interrogatories was burdensome because, at her deposition, Plaintiff provided specific information to support her claims.

At the conclusion of the hearing, the Court ruled that all discovery, including the depositions recently-noticed by Plaintiff, shall be stayed pending the resolution of the Interrogatories Issue. The Court also explained a mechanism by which counsel for all parties shall proceed in order to resolve the Interrogatories Issue. Accordingly,

/ / /

**IT IS HEREBY ORDERED STAYING** all discovery, including the recently-noticed depositions, except discovery regarding the Interrogatories Issue.

**IT IS FURTHER ORDERED VACATING** the February 6, 2007 deadline to complete discovery and the March 27, 2007 deadline to file dispositive motions.  See dkt. 55.

**IT IS FURTHER ORDERED** that, no later than January 19, 2007, Defendants shall provide Plaintiff with revised interrogatories.  Such interrogatories shall identify specific portions of Plaintiff's deposition during which Plaintiff failed to provide adequate specific information about her claims and a short description of the reason Plaintiff's answer is inadequate.  Defendants may also inquire into claims not asked about during Plaintiff's previous deposition.

**IT IS FURTHER ORDERED** that, no later than February 16, 2007, Plaintiff shall respond to Defendants' revised interrogatories.  If Plaintiff disputes Defendants' contention that she provided inadequate information during her deposition, Plaintiff may object to such interrogatory and schedule a Court hearing to resolve the issue.

**IT IS FURTHER ORDERED** that, following the resolution of the Interrogatories Issue, counsel for both parties shall submit a stipulation to the Court containing new deadlines to complete discovery and file dispositive motions.

DATED this 3rd day of January, 2007.

_____
Stephen M. McNamee
United States District Judge