**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DALIA SPINA, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARICOPA COUNTY DEPARTMENT OF )<br>TRANSPORTATION, a political subdivision )<br>of Maricopa County; Roger Ball, an )<br>individual, )<br>)<br>Defendants. )<br>) | No. CV2005-0712 PHX SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to permit Plaintiff more time to respond to Defendants' third set of interrogatories. (Dkt. 75.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to permit Plaintiff more time to respond to Defendants' third set of interrogatories. (Dkt. 75.)

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendants' third set of interrogatories no later than March 2, 2007.

DATED this 20th day of February, 2007.

Stephen M. McNamee
United States District Judge