**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DALIA SPINA, an individual, | No. 05-CIV-0712-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| MARICOPA COUNTY DEPARTMENT OF TRANSPORTATION, a political subdivision of Maricopa County; Roger Ball, an individual, | |
| Defendants. | |

This case comes before the Court on David C. Kresin's *Ex Parte* Motion to Withdraw as Counsel for Plaintiff in this action.  Having reviewed the motion and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the motion and permitting David C. Kresin to withdraw as counsel of record for Plaintiff in this action.

DATED this 21st day of July, 2008.

Stephen M. McNamee
United States District Judge