**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dalia Spina, | No. CV 05-0712- PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Department of Transportation, , a Political Subdivision of Maricopa County, | |
| Defendant. | |

Before the Court is Plaintiff's Stipulation and Joint Motion to Extend Deadline for Response to Motion for Summary Judgment (Doc. 114). A Motion for Summary Judgment was filed by Defendant through the ECF system on October 21, 2008. As a result, Plaintiff's Response is due by November 20, 2008. As Plaintiff's counsel has recently been retained and is not yet fully acquainted with the case, Plaintiff requests an extension of time to file a Response. Furthermore, Plaintiff's counsel will be out of town the week of November 16 and has a trial scheduled beginning on November 25. The Stipulation states Defendant does not object to the extension of time, provided a similar extension is granted for filing a Reply. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Stipulation and Joint Motion to Extend Deadline for Response to Motion for Summary Judgment (Doc. 114).

1   **IT IS FURTHER ORDERED** that the last day for Plaintiffs to file a response to
2   the motion for summary judgment is extended to **Friday, December 19, 2008.**
3   **IT IS FURTHER ORDERED** that the last day for Defendants to file a reply is
4   extended to **Monday, February 2, 2009.**
5   DATED this 10th day of November, 2008.

_____
Stephen M. McNamee
United States District Judge